IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL M. MITUNIEWICZ,

      Petitioner,                                      Civil No. 08-77 ST

      v.                                                JUDGMENT OF DISMISSAL

J. E. THOMAS,  Warden,
FIC Sheridan,

      Respondent.

      Based on the record and the unopposed Motion for Voluntary Dismissal by the Plaintiff,

IT IS ORDERED AND ADJUDGED this action is dismissed without prejudice.

      Dated this  3rd  day of July, 2008.

                                                                                 _/s/ Anna J. Brown_
                                                                                  Anna J. Brown
                                                                                   United States District Judge